# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

UNITED STATES OF AMERICA

                        v.                                                     Docket No. 5:13-MJ-1465-1JG

JOSEPH B. NORMAN

       On October 22, 2013, the above named was placed on probation for a period of 12 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                                        Respectfully submitted,

/s/Jeffrey L. Keller                                               /s/Scott Plaster
Jeffrey L. Keller                                                    Scott Plaster
Supervising U.S. Probation Officer                   U.S. Probation Officer

## ORDER OF COURT

       Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __10th__ day of __January__, 2014.

                                                                        James E. Gates
                                                                       United States Magistrate Judge